FILED

10 FEB 26 AM 11: 54

CLERK U.S. DIS... .ICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

1  Jeffrey R. Krinsk, Esq. (SBN 109234)
   Mark L, Knutson (SBN 1312770)
2  C. Michael Plavi, II (SBN 217153)
   FINKELSTEIN & KRINSK LLP
3  501 West Broadway, Suite 1250
   San Diego, CA 92101-3593
4  Telephone: 619/238-1333

5
   Attorneys for Plaintiff
6

7

8

9                **UNITED STATES DISTRICT COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11                      **WESTERN DIVISION**

12  KATHRYN A. SQUIRES, on behalf of Herself      ) Case No **CV 10- 01452-DMG (PJWA)**
    and All Others Similarly Situated,            )
13                                                )  **CLASS ACTION**
                          Plaintiff,             )
14                                                )  **COMPLAINT FOR VIOLATIONS OF**
                     v.                           )  **THE FEDERAL SECURITIES LAWS**
15                                                )
    TOYOTA MOTOR CORPORATION, TOYOTA )
16  MOTOR SALES NORTH AMERICA, INC., )  **JURY DEMAND REQUESTED**
    TOYOTA MOTOR SALES, U.S.A., INC., AKIO )
17  TOYODA, ROBERT S. CARTER, IRVING A )
    MILLER, YOSHIMI INABA, JAMES E. LENTZ, )
18  III, ROBERT C. DALY, FUJIO CHO, MITSUO )
    KINOSHOTA,  YOICHIRO  ICHIMARY, )
19  TAKESHI SUZUKI, TAKAHIKO IJICHI, and )
    LATSUAKI WATANABE                            )
20                      Defendants.               )
                                                  )
21

22

23

24

25

26

27

28

1    Plaintiff, through her attorneys alleges:

2

## NATURE OF THE CASE

3    1.    This is a Class Action brought on behalf of plaintiff and all other persons or

4 entities, except for defendants, who purchased or otherwise acquired securities of Toyota Motor

5 Corporation ("Toyota" or the "Company"), including American Depositary Shares ("ADSs") traded

6 on the New York Stock Exchange, during the period December 22, 2006 through February 2, 2010,

7 inclusive (the "Class Period").

8    2.    This action, based on violations of section 10(b) of the Securities Exchange Act of

9 1934 (the "Exchange Act"), arises out of a series of false and misleading statements and omissions

10 of material fact by defendants regarding the Company's operations, business and outlook.

11    3.    Toyota's reputation as a manufacturer that produces automobiles of superior

12 quality and safety has driven Toyota to be the largest automobile manufacturer in the world.

13 However, unbeknownst to investors, Toyota began to have serious safety and quality control

14 problems, Toyota continued to tout superior quality and safety as integral to its success, causing the

15 prices of its securities to be artificially inflated.

16    4.    In August of 2007 the fact that Toyota was having quality and safety problems

17 was partially revealed when the National Highway Transportation Safety Administration ("NHTSA")

18 broadened an earlier investigation into safety issues relating to Toyota's Lexus brand. Another

19 partial revelation occurred a few months later, in October of 2007, when Toyota tumbled from

20 number one to number three in overall reliability in the annual *Consumer Reports* reliability survey.

21 The stock market reacted negatively to this news, but Toyota falsely assured investors that there were

22 no significant quality or safety issues with its vehicles.

23    5.    Despite growing pressure from both the media and government regulators, Toyota

24 continued to deny that there were any significant safety or quality issues with its vehicles in

25 numerous press releases and statements to the media. Toyota was, however, experiencing an

26 unusually high volume of consumer complaints and accidents relating to unintended acceleration,

27 during which the vehicle continues to accelerate despite the driver's attempts to decelerate or come

28

1    to a stop. As these incidences gained more and more attention from the media and government
2    regulators, Toyota mounded a public relations campaign to deny that there were any problems with
3    its vehicles, first blaming driver error, and later claiming that the problem was related to improper
4    placement of floor mats.

5         6.    In November of 2009, the NHTSA publicly reprimanded Toyota for inaccurate
6    statements issued to the public in Toyota's aggressive campaign to deny that there were any safety
7    or quality issues with its vehicles. Again the market reacted negatively, and again Toyota responded
8    by assuring investors that there were no safety or quality issues with its vehicles.

9         7.    Then, on January 10, 2010, Toyota was forced to announce a massive recall of
10   eight different vehicle models. In a complete reversal of its prior denials, Toyota finally admitted
11   that the problem of unintended acceleration in Toyota car goes beyond driver error and improper
12   floor mat placement, and that the cars affected by the recall had defective accelerator pedals that
13   could become stuck in the depressed position.

14        8.    On January 26, 2010, Toyota announced that it was halting the sale of eight
15   Toyota models, representing more than 57% of Toyota's 2009 sales, as a result of the accelerator
16   pedal defect. In addition t the sales halt, the Company also announced that it was shutting down its
17   North American assembly lines for one week beginning February 1, 2010, so that it could fix the
18   problem

19        9.    As a result of this news, Toyota's ADSs plunged $7.01 per share to close at
20   $79.77 per share on January 27, 2010, on high volume. Toyota common stock also fell, dropping
21   ¥165 to close at ¥3705 on January 27, 2010.

22        10.   On February 2, 2010, after the market closed, Toyota reported that its U.S. Sales
23   for January 2010 were down 16% compared to a year earlier due to the recall and released sales
24   suspensions.

25        11.   As a result of this news, Toyota's ADSs fell$4.69 per share, closing at $73.49 per
26   share on February 3, 2010, on high volume. Toyota's common stock also fell to ¥3280, down ¥120
27   from the previous day.

28

1

## **JURISDICTION AND VENUE**

2    12.    This action arises under sections 10(b) and 20(a) of the Exchange Act. 15 U.S.C.
3  §§ 78j(b) and 78t(a); and Rule 10-b-5 promulgated pursuant to section 10(b) by the Securities and
4  Exchange Commission ("SEC"), 17 C.F.R. § 240.10-b-5. The jurisdiction of this Court is based on
5  section 27 of the Exchange Act, 15 U.S.C. §78aa; and on sections 1331 and 1337(a) of the Judicial
6  Code, 28 U.S.C. §§ 1331, 1337(a).

7    13.    Venue is proper in this District under section 27 of the Exchange Act. 15 U.S.C.
8  §78aa, and section 1391(b) of the Judicial Code, 28 U.S.C. § 1391(b), because defendant Toyota
9  Motor North America, Inc, is headquartered in this district, and because a substantial part of the
10  events giving rise to Plaintiff's claims occurred in this District.

11    14.    In connection with the acts and conduct alleged herein, defendants, directly and
12  indirectly, used the means and instrumentalities of interstate commerce, including the United States
13  mails and facilities of the nation securities exchanges.

14

## **PARTIES**

15    15.    Plaintiff Kathryn A. Squires, as set forth in the accompanying certification,
16  incorporated by reference herein, purchased share of Toyota ADS at artificially inflated prices during
17  the Class Period and has been damages thereby.

18    16.    Defendant Toyota Motor Corporation is a Japanese company with principle
19  executive offices at 1 Toyota-cho, Toyota City, Aichi Perfecture 471-8571, Japan.

20    17.    Defendant Toyota Motor North America, Inc. ("Toyota NA") is a wholly owned
21  subsidiary of Toyota. Toyota, NA is the holding company for all North America-based Toyota
22  subsidiaries of Toyota other than Toyota USA. Toyota NA oversees functions related to government
23  and regulatory affairs, energy, economic research, philanthropy, advertising, corporate
24  communications, and investor relations. Toyota NA is based in New York, New York. Toyota NA
25  engineers and manufacturers the vehicles at issue in this action at numerous locations, including:

26    18.    Defendant Toyota Motor Sales, U.S.A., Inc. ("Toyota USA") is a Toyota

27

28

CLASS ACTION COMPLAINT                                                                                     PAGE 4

1  subsidiary based in the United States that conducts sales, distribution, and marketing for Toyota
2  USA's Toyota, Lexus and Scion brands. About half of the more than 2 million Toyotas sold in the
3  U.S. are also made in North America. Toyota USA is in charge of sales, marketing, and service of
4  its cars, light trucks, hybrids, and SUVs in 49 states. Sales are conducted through about 1,500
5  automotive dealerships throughout the U.S. Throughout the Class Period, almost one third of all
6  automobiles sold by Toyota were sold in North America with approximately 90% of those sold in
7  the United States. Toyota USA's executive office is located at 19001 S. Western Avenue, Torrance,
8  California.

9      19.    Defendant Akio Toyoda is, and at all relevant times was, a director and President
10  of Toyota. Defendant Toyoda is the grandson of the founder of Toyota.

11      20.    Defendant Robert S. Carter is, and at all relevant times was, Group Vice President
12  and Toyota Division General Manager of Toyota USA.

13      21.    Defendant Irving A. Miller is, and at all relevant times was, Group Vice President
14  of Environmental and Public Affairs of Toyota USA.

15      22.    Defendant Yoshiomi Inada is, and all relevant tines was, President and Chief
16  Operating Officer ("COO") of Toyota NA. Defendant Inada is responsible for Toyota Na's sales,
17  marketing, and external affairs operations. Inada also serves as a director of Toyota in Japan.

18      23.    Defendant James E. Lentz, III is, and at all relevant times was , President and
19  COO of Toyota USA. Lintz also serves as a director of Toyota and serves in a global advisory
20  capacity as managing officer for Toyota. Lentz has overall responsibility for sales, marketing and
21  distribution for Toyota, Scion, and Lexus products in he United States, I addition to overseeing all
22  corporate matters at Toyota USA.

23      24.    Defendant Robert C. Daly is, and all relevant times was, Senior Vice President
24  of Toyota USA. Defendant Daly also serves on Toyota UAS's seven member executive committee.
25  Daly is responsible for the customer services division, information systems, University of Toyota,
26  finance, corporate shared services, human services, North America Planning and legal affairs.

27

28

1      25.    Defendant Fujio Cho is, and at all relevant times was, Chairman of Toyota's

2   Board of Directors. Cho served as President of Toyota from 1999 - 2005. Cho signed a Sarbanes-

3   Oxley certification certifying that Toyota's Form 20-Fs for the fiscal years ending March 31, 2007,

4   March 31, 2008 and March 31, 2009 did not violate United States securities laws.

5      26.    Defendant Mitsuo Kinoshita served as an Executive Vice President from 2005 -

6   2007 was appointed as a member of Toyota's Board of Directors in 1997. Kinoshita signed a

7   Sarbanes-Oxley certification certifying that Toyota's Form 20-Fs for the fiscal years ending March

8   31, 2007 did not violate United States securities laws.

9      27.    Defendant Yoichiro Ichimaru was appointed as a member of Toyota's Board of

10  Directors in 2001, and has served as an Executive Vice President since 2009. Ichimari signed a

11  Sarbanes-Oxley certification certifying that Toyota's Form 20-Fs for the fiscal years ending March

12  31, 2009 did not violate United States securities laws.

13     28.    Defendant Takeshi Suzuki served as Toyota's Chief Accounting Officer from

14  2004 - 2007. Suzuki also served as a Senior Managing Director and a member of Toyota's Board

15  of Directors from 2004 - 2006. Suzuki singed Toyota's Form 20-F for the fiscal year ending March

16  31, 2007.

17     29.    Defendant Takahiko Ijichi has served as the Chief Accounting Officer since 2008.

18  He is also a Senior Managing Director and a member of the Board of Toyota Motor Corporation.

19  Ijichi signed Toyota's Form 20-F for the fiscal years ending March 31, 2008 and March 31, 2009.

20     30.    Defendant Katsuaki Watanabe has served as President of Toyota Motor

21  Corporation since 205. Watanabe has been a member of Toyota's Board of Directors since 1992 and

22  has served as Vice Chairman of the Board of Directors since 2009.

23     31.    Defendants Carter, Miller, Inaba, Lentz, Daly, Cho, Kinoshita, Ichimara, Suzuki,

24  Ijichi, and Watanabe are collectively referred to herein as the "Individual Defendants".

25     32.    The Individual Defendants, be reason of their management positions and

26  ownership of the Company's securities, were at all relevant times controlling persons of Toyota

27  within the meaning of section 20(a) of the Exchange Act, The Individual Defendants had the power

28

---

CLASS ACTION COMPLAINT                                    PAGE 6

Case 2:10-cv-01452-DSF-AJW   Document 1   Filed 02/26/10   Page 7 of 46   Page ID #:7

SQUIRES, *et al.* v. TOYOTA MOTOR CORPORATION, *et al.*.

1  and influence to cause Toyota to engage in the unlawful acts and conduct alleged herein, and did
2  exercise such power and influence.

3  ## PLAINTIFF'S CLASS ACTION ALLEGATIONS

4  33.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil
5  Procedure 23(a) and (b)(3) on behalf of he Class, consisting of all persons who purchased or
6  otherwise acquired Toyota securities between December 22, 2006 and February 2, 2010, inclusive.
7  Excluded from the Class are defendants, members of the immediate families of the Individual
8  Defendants, any entity in which any defendant has or had a controlling interest, and the legal
9  representatives, heirs, successors, or assigns of any defendant.

10  34.     As of February 8, 2010, 1.72 billion Toyota ADSs and 3.45 billion shares of
11  Toyota common stock were outstanding in actively-traded and efficient markets in which millions
12  of shares were traded during the Class Period. Toyota ADSs are traded on the New Yprk Stock
13  Exchange under the symbol "TM". Toyota common stock is traded on the Tokyo Stock Exchange.
14  The members of the Class are so numerous that joinder of all members is impracticable. While the
15  exact number of Class members is unknown to plaintiff, and can only be ascertained through
16  appropriate discovery, plaintiff believes that there are thousands of members of the Class. Record
17  owners and members pf the Class may be identified from records maintained by Toyota or its
18  transfer agent and may be notified of the pendency of this action by mail and by using the form of
19  notice customarily used in securities class actions.

20  35.     Plaintiff's claims are typical of the claims of the members of the Class in that
21  plaintiff and each Class members purchased securities of Toyota during the Class Period and
22  sustained injuries as a result.

23  36.     Plaintiff will fairly and adequately protect the interests of the members of the Class
24  and has retained counsel competent and experienced in class action and securities litigation.

25  37.     A class action is superior to other available methods for the fair and efficient
26  adjudication of this controversy since joinder of all Class members is impracticable. Furthermore,
27  as the damages suffered by the individual Class members may be relatively small, the expense and
28

CLASS ACTION COMPLAINT                                                                     PAGE 7

1 | burden of individual litigation make it impossible for Class members to seek redress individually for
2 | the wrongs done to them. There will be no difficulty in the management of this action as a class
3 | action.

4 | 38. Common questions of law and fact exist as to all members of the Class and
5 | predominate over any questions affecting solely individual members of the Class. Among the
6 | questions of law and fact common to the Class are:

7 | a) Whether the federal securities laws were violated by defendants' acts as
8 | alleged herein;

9 | b) Whether defendants acted willfully or recklessly on omitting to state and
10 | misrepresenting materials facts; and

11 | c) Whether the members of the Class have sustained damages, and if so, the
12 | proper measure of those damages.

13 | **DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS**

14 | 39. On December 22, 2006, in a press-release entitled "Toyota Sales/Production Plans
15 | for 2007," Toyota announced aggressive sales and income projections that would make Toyota
16 | the largest and most profitable automobile manufacturer in the world, overtaking its competitor,
17 | General Motors, by a wide margin.

18 | 40. That same day, in an article entitled "Toyota May Surpass GM in 2007 with
19 | Record Car Sales," *Bloomberg News* reported that Toyota President Katsuaki Watanabe credited
20 | the superlative quality of Toyota's automobiles for Toyota's aggressive revenue and income
21 | projections:

22 | "Quality is Toyota's lifeline," Watanabe said, speaking to journalists in Nagoya.
"We were seeing progress in the quality projects we have been working on."

23 |
24 | 41. These statements were materially false and misleading when made because they
failed to disclose Toyota's knowledge or reckless disregard of ongoing safety issues and quality
25 | control problems with Toyota's cars were defective and could become stuck in the depressed
26 | position, leading to unintended acceleration. These safety issues would inevitably, and
27 | eventually did, cause Toyota to issue a massive recall, stop the manufacture of its automobile
28 |

1  damage, possibly beyond repair, Toyota's reputation for quality, and will eventually coat Toyota

2  billions of dollars to fix.

3  42.  In an *Associated Press* article dated December 22, 2006, entitled "Toyota Quietly

4  Ascending to No. 1 Spot,: statements by Mr, Watanabe further crediting Toyota's aggressive

5  sales and revenue projections to the high quality of the Company's automobiles were reported:

6  "There will be no growth without quality." In support of the ongoing quality of Toyota's
   automobiles, Watanabe announced that quality will be closely monitored at all levels of
7  production, including design, development and procurement.

8  43.  These statements were materially false and misleading when made because they

9  failed to disclose Toyota's knowledge or reckless disregard.

10  44.  On June 25, 2007, Toyota filed with the SEC its Annual report for the fiscal year

11  ending March 31, 2007, on Form 20-F, which stated among other things:

12  Toyota believes that it has the resources, strategies and technologies in place to
    compete effectively in the industry on its own. In addition, Toyota believes that its
13  research and development initiatives, particularly the development of
    environmentally friendly new vehicle technologies, vehicle safety and information
14  technology, provide it with a strategic advantage.

15                          *    *    *

16  In addition to the two principal elements described above, the Toyota Production
    System seeks to increase manufacturing efficiency and product quality internally
17  through on-site identification and analysis of problems, improving transparency
    throughout the production process, and resolving problems at the source. As one
18  means of realizing these goals, Toyota has introduced the use of sophisticated
    information technologies to improve each step of its vehicle development process,
19  from product planning to commencement of mass-production. These technologies
    are intended to enhance flexibility, simplicity, quality, cost competitiveness, and
20  speed. Specifically, detailed computer simulation of the assembly and test-run of a
    new vehicle or new vehicle production equipment or system is conducted before a
21  prototype is made. An actual prototype is made only after defects and related issues
    have been identified and resolved by computer simulation, thereby minimizing the
22  time required for rebuilding prototypes and significantly shortening the time required
    for production. Moreover, this system is used to prepare virtual factories and other
23  visual aids in order to facilitate training and communication at oversea plants and
    enable the efficient transfer of necessary technology and skills.

24                          *    *    *

25  Toyota actively invests in technology development designed to increase the safety
26  of its vehicles. Toyota is developing technologies to increase the availability of
    existing safety systems to all types of its vehicles. These technologies include
27  supplemental restraint systems (SRS) airbags, anti-lock braking systems, side
    airbags, curtain shield airbags, vehicle stability control an other safety features.
28

CLASS ACTION COMPLAINT                                                                     PAGE 9

1                             \*     \*     \*

2   **_Product Warranty_**

3            Toyota generally warrants its products against certain manufacturing and other
defects. Product warranties are provided for specific periods of time and/or usage

4

               of the product and vary depending upon the nature of the product, the geographic
5   location of the sale and other factors. All product warranties are consistent with
commercial practices. Toyota provides a provision for estimated product warranty
6   costs as a component of cost of sales at the time the related sale is recognized.
The accrued warranty costs represent management's best estimate at the time of
7   sale of the total costs that Toyota will incur to repair or replace product parts that
fail while still under warranty. The amount of accrued estimated warranty costs is
8   primarily based on historical experience as to product failures as well as current
information on repair costs. The amount of warranty costs accrued also contains
9   an estimate of warranty claim recoveries to be received from suppliers. The
foregoing evaluations are inherently uncertain, as they are require material estimates
10   and some products' warranties extend for several years. Consequently, actual
warranty costs will differ fro the estimated amounts and could require additional
11   warranty provisions. If these factors require a significant increase in Toyota's
accrued estimated warranty costs, it would negatively affect future operating
12   results of the automated operations.

13         45.     These statements were materially false and misleading when made because;

14                a)     they failed to disclose Toyota's knowledge or reckless disregard of

15   ongoing safety issues and quality control problems with Toyota's automobiles;

16                b)     Toyota's net income was overstated because Toyota failed adequately to

17   reserve for recalls and/or warranty claims; and

18                c)     the accompanying reported financial statements did not comply with

19   generally accepted accounting principles ("GAAP").

20         46.     Toyota violated GAAP by failing to disclose the reasonably possibly contingency

21   of a wide-scale recall as a result of undisclosed quality and safety problems with Toyota vehicles.

22   GAAP requires that financial statements disclose contingencies when it is at least reasonably

23   possible that a loss may have been incurred. Statement if Financial Accounting Standards ("SFAS")

24   No. 5, ¶10. ("The disclosure shall indicate the nature of the contingency and shall give an estimate

25   of the possible loss, a range of loss, or state that such an estimate cannot be made.")

26         47.     The SEC considers the disclosure of loss contingencies to be so important to an

27

28

CLASS ACTION COMPLAINT                                           PAGE 10

1    informed investment decision that it issued Article 10-01 of Regulations S-X [C.F.R. §210.10-01],

2    which provides that disclosure in interim period financial statements may be abbreviated and need

3    not duplicate the disclosure contained in the most recent audited financial statements. Except that

4    "where materials contingencies exist, disclosure of such mattes shall be provided even though a

5    significant change since year end may have occurred".

6

## THE TRUTH IS PARTIALLY REVEALED BUT OBFUSCATED BY DEFENDANTS' MATERIALLY FALSE NAD MISLEADING ASSURANCES

7

8       48.    On August 15, 2007, *The Detroit Free Post* announced that the NHTSA was

9    heightened an earlier investigation into safety problems with Toyota's Lexus brand to a much

10    broader investigation that would include an engineering analysis. The safety problems had resulted

11    in 40 incidents of unintended acceleration, including eight crashes and twelve injuries, along with

12    cases in which drivers said their cars stopped only after an accident. The article further announced

13    that NHTSA's decision to upgrade its investigation to an engineering analysis meant it would review

Toyota's mailings and perhaps even solicit information from other automakers.

14

15       49.    On August 16, 2007 the *Wall Street Journal* ran a substantially similar story,

reporting:

16

17      WASHINGTON – The Federal government upgraded an investigation into the 2007 Lexus ES 350 sedan after at least 12 people were injured when the vehicle accelerated without warning.

18

19      The National Highway Traffic Safety Administration said in a report issued this week that an all-weather floor mat can trap the throttle pedal when the nat isn't properly secured, resulting in unwanted acceleration. The all-weather floor mat has been found in a majority of the vehicles that reported the problem, NHTSA said.

20

21

22      Toyota Motor Corp., which makes the Lexus, told NHTSA ir sent a mailing to ES 350 owners in late April to warn them about improper installation of the all - weather floor mat. The mat should be secured with clips and shouldn't be placed over the standard floor mat. Toyota also said it changed the labeling on the floor mat.

23

24

25      NHTSA is now deciding whether Toyota's actions were sufficient. Vehicle investigations can lead to product recalls. There are 98,454 ES 350 sedans on the road.

26

27      NHTSA and Toyota have received 40 complaints about unintended acceleration, NHTSA said. Eight crashes have been reported, including one that caused a

28

CLASS ACTION COMPLAINT                              PAGE 11

seven-vehicle pileup. In some cases, drivers traveled several miles at speeds of more than 90 miles per hour before they were able to stop, NHTSA said.

50.     Toyota ADSs dropped $4.80 in reaction to this news, closing at $113.19 on August 16, 2007m for a two day decline of more than 4%. Toyota common stock dropped from ¥6850 to ¥6190, a two day decline of 9.6%.

51.     Although the August 15, 2007 *Detroit Free Press* article and the August 16, 2007, *Wall Street Journal* article partially disclosed that Toyota was having problems with the quality and safety of its vehicles, the articles did not reveal the full extent of these problems.

52. On October 16, 2007, *Bloomberg* reported that Toyota had performed worse than expected in *Consumer Reports'* annual reliability survey:

Oct. 16 (Bloomberg) – Toyota Motor Corp.'s vehicle quality declined while Ford Motor Co. passed by the Japanese automaker this tear as second in U.S. sales, showed improvement, Consumer Reports said in it annual; reliability survey.

Toyota redesigned V-6 Camry sedan, four-wheel-drive V8 Tundra pickup truck and all-wheel-drive Lexus GS sedan were rated below average and were dropped from the "recommended" list, the Yonkers New York-based magazine said in a statement today.

Toyota fee to third from first among automakers. Ford was the best among U.S.-based companies, with 41 or 44 Ford, Lincoln and Mercury brand vehicles rated average or better.

            *         *         *

Toyota is "growing in terms of the number of vehicles they have coming out", he said in an interview. "It may be size".

The Consumer Reports results cover 1998 through 2007 models and are based on reader surveys done earlier this tear. The magazine takes the surveys along with vehicle tests to decide which models to recommend. Consumer Reports' statisticians and engineers use the data to predict reliability of 2008 vehicles.

Toyota in this year's survey was behind Honda Motor Co. and Fuji Heavy Industries Ltd.'s Subaru. Consumer Reports didn't give additional details, such as Ford's ranking.

Toyota response

Jim Lentz, executive vice president of Toyota's U.S. sales unit, said he will study Consumer Reports' data. Toyota's own information doesn't show deterioration, he said.

"We look at warranty data, and the warranty numbers have actually been falling quite rapidly in the ast three or four years", he said in an interview. "Everything

1   we're seeing indicated that quality is in fact getting better."

2   Toyota said in a statement that it accounted for 44 percent of the 39 vehicles on
the magazine's "most reliable" list. The magazine said it's recommending the
3   four-cylinder and gasoline-electric hybrid versions of Toyota City, Japan-based
Toyota's Camry and the rear-drive version of its Lexus GS.
4

5   Consumer reports said it previously recommended redesigned Toyota models
even without reliability date "because of the automaker's excellent track
6   record". The revamped vehicles now won't be considered until it accumulates
sufficient data.

7                              *    *    *

8   Consumer Reports presented its findings at an Automotive Press Association
meeting in Detroit today.
9

10     53.    The following day, in an article published in *The New York Times* entitled

11 "Toyota Falls ti No. 3 in Reliability rankings", Toyota's representatives continued to reassure

12 the marketplace of the high quality of Toyota's automobile in spite of the recent *Consumer*

13 *Reports* article:

14   A Toyota spokesman, John McCandless, said the company needed to analyze the
survey data before commenting in detail on the problems that it identified. He
15   pointed out that many of te items that respondents complained about on the not-
recommended models, like the audio systems and body hardware, were identical
16   to those in higher-related versions of the same vehicles.

17   The Survey also gave low marks to the V6 Camry's automatic transmission, the
V8 Tundra's four-wheel-drive system and power accessories on the all-wheel-
18   drive Lexus GS.

19   "None of our internal indicators indicated any problems with the three models that
didn't get recommended", Mr. McCandless said.

20   But Steve St. Angelo, manager of Toyota's complex in Georgetown, Ky., where
the Camry is built, said the transmission complaints could be linked to defects
21   Toyota discovered in a few early models of the latest Camry. Mr. St. Angelo said
those issues had been addressed.
22

23   "Don't worry about the Camry". Mr. St. Angelo said Tuesday night. He and other
Toyota executives attended a dinner in Dearborn, Mich., honoring Toyota's
24   honorary chairman. Soichiro Toyoda, who was inducted into the Automotive Hall
of Fame.

25   The Consumer Reports recommendations of Toyota vehicles in the 1970s and
1980s helped its models catch on with car buyers.
26

27     54.    The price of Toyota ADSs declined as a result of this news to close at $106.40 on

28

SQUIRES, *et al*. v. TOYOTA MOTOR CORPORATION, *et al*.

1 October 18, 2007, down 5.5% from October 12, 2007. Toyota common stock declined to close at

2 ¥6250 on October 19, 2007 down 4.7% from October 12, 2007.

## TOYOTA CONTINUES TO MISLEAD THE PUBLIC

55. In an article on the *Detroit Free Press* dated April 7, 2008, entitle "Toyota Pickup Probe Pushed; Sudden Acceleration Claims Hard to Pin Down", a Toyota spokesman denied that the was a problem with Toyota's accelerator pedals:

> Toyota spokesman Bill Kwong says the company has found no problems with the Tacoma that would explain the complaints.

> "We don't feel it's an issue with the vehicle", he said. Regulators "get sudden acceleration complaints from consumers for various manufacturers. . . and in most cases they have found it's a misapplication of the pedals by the driver."

56. The above statements attributed to Toyota representative Bill Kwong were materially false and misleading when made because they failed to disclose that the accelerator pedal in numerous Toyota vehicle models are defective, and that this more serious defect, rather than so-called "mat interference", is a cause of driver complaints and accidents.

57. Toyota continued to deny there was an unintended acceleration problem with any of Toyota's vehicles in am article in the Detroit Free Press dated June 10, 2008, entitled "Toyota Denies Tacoma is Defective; Media Inspired Acceleration Claims, it Says":

> Some 431 customers from around the country have reported unintended or sudden acceleration in their Toyota Tacoma pickups, resulting in 51 crashes and 12 injuries, but the automaker said there are no flaws in the trucks and that many reports were "inspired by publicity".

> It also said "extensive media coverage" spurred additional reports and could explain why no other pickup has similar complaints.

> "Toyota believes that it is likely that many of the consumer complaints about the general issue if unwanted acceleration . . . as well as many of the complaints about the subject that have been received by Toyota, were inspired by publicity," Toyota said in a letter to the NHTSA released Thursday.

> "But even taking them at face value, it is clear that the majority of the complaints are related to minor drivability issues and are not indicative of a safety-related defect".

> \*     \*     \*

> Toyota spokesman Bill Kwong said tests by the automaker and the NHTSA

CLASS ACTION COMPLAINT                                                                                    PAGE 14

1   revealed bo problems that would explain the complaints. He said the problems
2   were not as prevalent as the number of complaints suggested, saying the NHTSA
    asked for any cases where engine idle speed increased.

3       58.     The above statements attributed to Toyota representative Bill Kwong were

4   materially false and misleading when made because they failed to disclose that the accelerator

5   pedal in numerous Toyota vehicle models are defective, and that this more serious defect, rather

6   than the so- called "may interference", is a cause of driver complaints and accidents.

7       59.     On June 25, 2008, Toyota filed with the SEC its Annual Report for the fiscal year

8   ending March 31, 2008. On Form 20-F, which stated, among other things:

9   Toyota believes that it has the resources, strategies and technologies in place to
    compete effectively in the industry as an independent company. In addition,
10  Toyota believes that its research and development initiatives, particularly the
    development of environmentally friendly new vehicle technologies, vehicle safety
11  and information technology, provide it with a strategic advantage as a global
    competitor.
12
                                    *       *       *
13
    **Promote Key Initiatives Globally**
14
    Toyota believes that the following key initiatives are essential in increasing its
15  competitiveness in the global automotive market and for improving its
    profitability and prospects for continued growth:
16
                *Maintain Leadership in Research and Development.* Toyota
17              believes that its long-term success will depend on being a leader in
                automotive research and development on the promotion of
18              environmentally sound technologies, and product safety technologies.
                Toyota is committed to building environmentally friendly automobiles
19              and is focusing its initiatives on the following areas:
20
                                    *       *       *
21
                    o the improvement of technologies that pursue driving and
                    vehicle safety.
22
                                    *       *       *
23
    In addition to the two principle elements described above, the Toyota Production
24  System seeks to increase manufacturing efficiency and  product quality internally
    through on-site identification and analysis or problems, improving transparency
25  throughout the production process, and resolving problems at the source. As one
    means of realizing these goals, Toyota has introduced the use of sophisticated
26  information technologies to improve each step of its vehicle development process,
    from product planning to commencement of mass-production. These technologies are
27  intended to enhance flexibility, simplicity, quality, cost competitiveness, and speed.
    Specifically, detailed computer simulation of the assembly and test-run of a new
28

1
2
3
4

vehicle or new vehicle production equipment or system is conducted before a prototype is made. An actual prototype is made only after defects and related issues have been identified and resolved by computer simulation, thereby minimizing the time required for rebuilding prototypes and significantly shortening the time required for production. Moreover, this system is used to prepare virtual factories and other visual aids in order to facilitate training and communication at overseas plants and enable the efficient transfer of necessary technology and skills.

5

\* \* \*

6

### *Increase Vehicle Functionality and Intelligent Transport Systems*

7
8
9

Toyota is striving to increase vehicle functionality that will increase the attractiveness of vehicles and the excitement of driving. Toyota is also working in various ways to comprehensively realize enhanced transport systems that are aimed to transport people and goods in a smooth and efficient manner and to build a safe transportation environment.

10

\* \* \*

11
12
13

Toyota actively invests in technology development designed to increase the safety of its vehicles. Toyota is developing technologies to increase the availability of existing safety systems to all types of its vehicles. These technologies include supplemental restrain system (SRS) airbags, anti-locking braking systems, side airbags, curtain shield airbags, vehicle stability control and other safety features.

14

\* \* \*

15

### *Research and Development*

16
17
18

Toyota's research and development activities focus on the environment, vehicle safety, information technology and product development. For a detailed discussion of the company's research and development policies for the last three years, see "Operating an Financial Review and Prospects - Research and Development, Patents and Licenses."

19

\* \* \*

20
21
22

All financial information discussed in this section is derived from Toyota's consolidated financial statements that appear elsewhere in this annual report on Form 20-F. The financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America

23
24

\* \* \*

The consolidated financial systems of Toyota are prepared in conformity with accounting principles generally accepted in the United States of America.

25

\* \* \*

26

### *Product Warranty*

27
28

Toyota generally warrants its products against certain manufacturing and other defects. Products warranties are provided for specific period s of time and/or usage

---

1
2
3
4
5
6
7
8

of the product and vary depending upon the nature of the product, the geographic location of the sale and other factors. All product warranties are consistent with commercial practices. Toyota includes a provision for estimated product warranty costs as a component of costs of sales at the time the related sale is recognized. The accrued warranty costs represent management's best estimate at the time of sale of the total costs Toyota will incur to repair or replace product parts that fail while still under warranty. The amount of accrued estimated warranty costs is primarily based on historical experience of product failures as well as current information in repair costs. The amount of warranty costs accrued also contains an estimate of warranty claim recoveries to be received from suppliers. The foregoing evaluations are inherently uncertain, as they require material estimates and some products' warranties extend foe several years. Consequently, actual warranty costs will differ from the estimated amounts and could require additional warranty provisions. If these factors require a significant increase in Toyota's accrued estimated warranty costs, it would negatively affect future operating results of the automotive operations.

9

\* \* \*

10

## 5.C RESEARCH AND DEVELOPMENT, PATENTS AND LICENSES

11
12

Toyota's research and development activities focus on environment, vehicle safety, information technology and product development.

\* \* \*

13
14
15

Toyota's work in the area of vehicle safety is focused on the development of technologies to prevent accidents on the first instance, as well as the development of technologies that protect passengers and reduce the damage on impact in the event of an accident.

16

\* \* \*

17

### *14. Product warranties:*

18
19
20
21

Toyota provides product warranties for certain defects mainly resulting from manufacturing based on warranty contracts with its customers at the time of sale of products. Toyota accrues estimated warranty costs to be incurred in the future in accordance with the warranty contracts. The net change in the accrual for the product warranties for the years ended March 31, 2006, 2007 and 2008, which is included in "Accrued expenses" in the accompanying consolidated balance sheets, consist of the following:

22
23
24

In addition to product warranties above, Toyota initiates recall actions or voluntary service campaigns to repair or to replace parts which might be expected to fail from products safety perspectives or customer satisfaction standpoints. Toyota accrues costs of these activities, which are not included in the reconciliation above, based on management's estimates.

25

\* \* \*

26
27
28

Toyota generally warrants its products against certain manufacturing and other defects. Provisions for product warranties are provided for specific periods of time and/or usage of the product and vary depending upon the nature of the product, the geographic location of the sale and other factors. Toyota records a provision for

---

1    estimated product warranty costs at the time the related sale is recognized based on
estimates that Toyota will incur to repair or replace product parts that fail while under
2    warranty. The amount of accrued estimated warranty costs is primarily based on
historical experience as to product failures as well as current information on repair
3    costs. The amount of warranty costs accrued also contain an estimate of warranty
claim recoveries to be received from suppliers.
4

5        60.    These statements were materially false and misleading when made because:

6            a)    they failed to disclosed Toyota's knowledge or reckless disregard of

7    ongoing safety issues and quality control problems with Toyota's automobiles:

8            b)    Toyota's net income was overstated because Toyota failed adequately to

9    reserve for recalls and/or warranty claims; and

10            c)    the accompanying reported financial statements did not comply with GAAP.

11        61.    In an article published in *Westworld* on April 23, 2009, the Company again denied

12    any problems with it accelerators:

13        Toyota responded to the acceleration problem in 2007 be recalling "faulty floor mats"
that he company said could cause the gas pedal top stick. Another explanation from
Toyota is simple driver error.
14

15        "You get these customers that say 'I stood on the brakes with all my might and the car
just kept accelerating.' They're not stepping on the brake" says corporate Toyota
spokesman Bill Kwong. "People are so under stress right now, people have so much
16    on their minds. With pagers and cell phones and IM, people are just so busy with kids
and family and boyfriends and girlfriends. So you're driving along, and next thing
17    you know, you're two miles down the road and you don't remember driving, because
you're thinking about something else."
18

19        62.    The above statements attributed to Toyota representative Bill Kwong were materially

20    false and misleading when made because they failed to disclose that the accelerator pedal in numerous

21    Toyota models are defective, and that this more serious defect, rather than so-called "mat

22    interference", is a cause of driver complaints and accidents.

23        63.    On June 24, 2009, Toyota filed with the SEC its Annual Report for the fiscal year

24    ending March 31, 2008, on Form 20-F, which stated among other things:

                                    *    *    *
25

26        Toyota believes that it has the resources, strategies and technologies in place to
compete effectively in the industry on its own. In addition, Toyota believes that its
research and development initiatives, particularly the development of environmentally
27    friendly new vehicle technologies, vehicle safety and information technology, provide
it with a strategic advantage.
28

CLASS ACTION COMPLAINT                                                                    PAGE 18

SQUIRES, *et al.* v. TOYOTA MOTOR CORPORATION, *et al.*.

\* \* \*

### *Promote Key Initiatives Globally*

Toyota believes that the following key initiatives are essential in increasing its competitiveness in the global automotive market and for improving its profitability and prospects for continued growth:

● Maintain Leadership in Research and Development. Toyota believes that its long-term success will depend on being a leader in automotive research and development. To that end, Toyota is focusing its research and development on the promotion of environmentally sound technologies and product safety technologies, and plans to further promote early commercialization of next-generation environmental, energy and product safety technologies. Toyota is committed to building environmentally friendly automobiles and is focusing its initiatives on the following areas:
\* \* \*

○ the improvement of technologies that pursue driving and vehicle safety.

\* \* \*

In addition to the two principle elements described above, the Toyota Production System seeks to increase manufacturing efficiency and product quality internally through on-site identification and analysis or problems, improving transparency throughout the production process, and resolving problems at the source. As one means of realizing these goals, Toyota has introduced the use of sophisticated information technologies to improve each step of its vehicle development process, from product planning to commencement of mass-production. These technologies are intended to enhance flexibility, simplicity, quality, cost competitiveness, and speed. Specifically, detailed computer simulation of the assembly and test-run of a new vehicle or new vehicle production equipment or system is conducted before a prototype is made. An actual prototype is made only after defects and related issues have been identified and resolved by computer simulation, thereby minimizing the time required for rebuilding prototypes and significantly shortening the time required for production. Moreover, this system is used to prepare virtual factories and other visual aids in order to facilitate training and communication at overseas plants and enable the efficient transfer of necessary technology and skills.

\* \* \*

Toyota actively invests in technology development designed to increase the safety of its vehicles. Toyota is developing technologies to increase the availability of existing safety systems to all types of its vehicles. These technologies include supplemental restrain system (SRS) airbags, anti-locking braking systems, side airbags, curtain shield airbags, vehicle stability control and other safety features.

\* \* \*

### *Research and Development*

Toyota's research and development activities focus on the environment, vehicle safety, information technology and product development. For a detailed discussion of the company's research and development policies for the last three years, see

1    "Operating an Financial Review and Prospects - Research and Development, Patents and Licenses."

\*    \*    \*

All financial information discussed in this section is derived from Toyota's consolidated financial statements that appear elsewhere in this annual report on Form 20-F. The financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America

\*    \*    \*

The consolidated financial systems of Toyota are prepared in conformity with accounting principles generally accepted in the United States of America.

\*    \*    \*

***Product Warranty***

Toyota generally warrants its products against certain manufacturing and other defects. Products warranties are provided for specific period s of time and/or usage of the product and vary depending upon the nature of the product, the geographic location of the sale and other factors. All product warranties are consistent with commercial practices. Toyota includes a provision for estimated product warranty costs as a component of costs of sales at the time the related sale is recognized. The accrued warranty costs represent management's best estimate at the time of sale of the total costs Toyota will incur to repair or replace product parts that fail while still under warranty. The amount of accrued estimated warranty costs is primarily based on historical experience of product failures as well as current information in repair costs. The amount of warranty costs accrued also contains an estimate of warranty claim recoveries to be received from suppliers. The foregoing evaluations are inherently uncertain, as they require material estimates and some products' warranties extend foe several years. Consequently, actual warranty costs will differ from the estimated amounts and could require additional warranty provisions. If these factors require a significant increase in Toyota's accrued estimated warranty costs, it would negatively affect future operating results of the automotive operations.

\*    \*    \*

## 5.C RESEARCH AND DEVELOPMENT, PATENTS AND LICENSES

Toyota's research and development activities focus on environment, vehicle safety, information technology and product development.

\*    \*    \*

Toyota's work in the area of vehicle safety is focused on the development of technologies to prevent accidents on the first instance, as well as the development of technologies that protect passengers and reduce the damage on impact in the event of an accident.

***Other costs***

Toyota generally warrants its products against certain manufacturing and other defects. Provisions for product warranties are provided for specific periods of time and/or usage of the product and vary depending upon the nature of the product, the geographic location of the sale and other factors. Toyota records a provision for estimated product warranty costs at the time the related sale is recognized based on estimates that Toyota will incur to repair or replace product parts that fail while under warranty. The amount of accrued estimated warranty costs is primarily based on historical experience as to product failures as well as current information on repair costs. The amount of warranty costs accrued also contains an estimate of warranty claim recoveries to be received from suppliers. Product recall and voluntary service campaigns are recorded when they are determined to be probable and reasonably estimable.

\*   \*   \*

### 14. Product warranties:

Toyota provides product warranties for certain defects mainly resulting from manufacturing based on warranty contracts with its customers at the time of sale of products. Toyota accrues estimated warranty costs to be incurred in the future in accordance with the warranty contracts. The net change in the accrual for the product warranties for the years ended March 31, 2006, 2007, 2008 and 2009, which is included in "Accrued expenses" in the accompanying consolidated balance sheets, consist of the following:

In addition to product warranties above, Toyota initiates recall actions or voluntary service campaigns to repair or to replace parts which might be expected to fail from products safety perspectives or customer satisfaction standpoints. Toyota accrues costs of these activities, which are not included in the reconciliation above, based on management's estimates.

64.   These statements were materially false and misleading when made because:

a)   they failed to disclosed Toyota's knowledge or reckless disregard of ongoing safety issues and quality control problems with Toyota's automobiles:

b)   Toyota's net income was overstated because Toyota failed adequately to reserve for recalls and/or warranty claims; and

c)   the accompanying reported financial statements did not comply with GAAP.

65.   On September 15, 2009, the *Associated Press* reported that Toyota was blaming a serious accident resulting in four fatalities on floor mat interference, in an article entitle "Toyota Orders Inspections After Deadly SoCal Crash":

Los Angeles (AP) - - Toyota said Tuesday it will order all dealers to inspect their cars for mix matched floor mats after a mat was suspected of snagging a gas pedal on a runaway Lexus, ending with a fiery crash that killed four family members in San Diego County.

1
2
3
Toyota Motor Sales, U.S.A., Inc. Panned to issue an order Wednesday to about 1,400 Toyota and Lexus dealers nationwide to make sure each of their new, used and loaner vehicles had the proper floor mats and that mats were properly secured, said Brian Lyons, a spokesman for the Torrance-based company.

4
5
Customers who are concerned should also make sure they have proper mats.

"If there's any doubt in their minds about the security and shape of their mat, go ahead and visit the dealer" to have them checked, Lyon said.

6
7
8
California Highway Patrol Officer Mark Saylor, 45, and three others were killed Aug 28 on State Route 125 in Santee, a town near San Diego. The runaway car was doing more than 120 mph when it hit a sport utility vehicle, launched off an embankment, rolled several times and burst into flames.

9
The SUV driver was treated for moderate injuries.

10
11
In addition, to Saylor, was a 19-year CHP veteran, the crash killed his wife, Cleofe, 45; their daughter, Mahala, 13; and Salor's brother-in-law, Chris Lastrella, 38. Lastrella made a 911 call about a minute before the crash to say the vehicle had no brakes and the accelerator was stuck.

12
13
The call ends with someone telling people in the car to hold on and pray, followed by a women's scream.

14
The family was in a 2009 Lexus ES 350 that was loaned by a dealer, Bob Baker Lexus El Cajon, while their own vehicle was being serviced.

15
16
Investigators with National Highway Traffic Safety Administration have determined that a rubber all-weather floor mat found in the wreckage was a couple inches longer than the mat that belonged in the vehicle.

17
That could have snared or covered the accelerator pedal.

18
19
"We don't know if the all-weather floor mat was properly secured or not". He said. "We do know that it was a floor mat from a different Lexus".

20
A call left for Dave Ezratty, a vice president at the dealership, was not immediately returned Tuesday.

21
22
Lyons said most Toyotas come with carpeted floor mats, buy a ll-weather mats are sold as accessories.

23
After the accident, Toyota officials contacted the dealer and told him to check the mats in cars. Lyon said.

24
25
It's really nothing different than what we're going to instruct all the dealers" to do, he added.

26
The driver could have put the car in neutral to disengage the engine from the automatic transmission, Lyons said.

27
28

The driver could have turned off the electronically keyed car by holding down the start switch for three seconds, but that could have locked the steering wheel, turned off the headlights and cut power-assist to the brakes. Lyons said.

Lyons said the company ha not had any complaints about mismatched floor mats. In 2007, the company did recall all-weather mats from some of its Lexus ES 350s and Toyota Camrys after complaints that they could slip and trap the accelerator.

However, this crash was unrelated to the mats that were pulled from the market during the recall, Lyons said.

66.    The above statements attributed to Toyota representative Brian Lyons were materially false and misleading when made because they failed to disclose that the accelerator pedal in numerous Toyota vehicle models are defective, and that thus more serious defect, rather than so- called "mat interference", is a cause of driver complaints and accidents.

67.    In a September 26, 2009 *Bloomberg* article, Toyota continued to blame the incidence of unintended acceleration on floor mat interference:

Sept. 26 (Bloomberg) - - Toyota Motor Corp. is recalling 55,000 cars including its best-selling U.S. sedan to replace floor mats that can slip forward and snag th gas pedal, causing uncontrolled acceleration.

The safety issue affects 24, 500 Camrys, the top-selling car in the U.S., and 30,500 Lexus ES 350s.  Toyota's best-selling luxury car.

Six accidents may have been linked to the floor mats, though it's not known whether there were injuries, Toyota spokesman Bill Kwong said today in an interview.

"Basically, it's a heavy rubber mat that can slide forward if it's stacked on top of another
mat and then not properly secured.  Kwong said.

The driver-side "all-weather" mats were optional equipment in the 2007 and early 2008 model years, said Toyota, Japan's largest automaker.

The company said it will provide customers with are-designed floor mat starting in middle to late November.

While other Toyota models aren't included in the recall, the National Highway Traffic Safety Administration today urged Toyota Avalon and Prius hybrid owners to check that their driver-side floor mats are properly secured.

"We're going to be proactive and ask customers to come into the dealership and we'll handle this the Lexus way", Jim Farley, U.S. chief of the luxury brand, said in an interview today.  "We don't care if it's just a floor mat.  We'll make sure this is handled quickly and in a way that doesn't inconvenience people."

American depository receipts of Toyota City, Japan-based Toyota fell 41 cents to $114.89 at 4:01 p.m. In New York Stock Exchange composite trading.

Toyota's U.S. sales unit is based in Torrance, California.

68.     The above statements attributed to Toyota representative Jim Farley were materially false and misleading when made because they failed to disclose that the accelerator pedal in pedal in numerous Toyota vehicle models are defective, and that thus more serious defect, rather than so-called "mat interference", is a cause of driver complaints and accidents.

69.     On September 29, 2009, Toyota issued a press release entitled "Toyota/Lexus Consumer Safety Advisory: Potential Floor Mat Interference with Accelerator Pedal", stating in part:

> Toyota Motor Sales U.S.A. Inc. takes public safety very seriously. It believes its vehicles to be among the safest on the road today.

> Recent events have prompted Toyota to take a closer look at the potential for an accelerator pedal to get stuck in the full open position due to an unsecured or incompatible driver's floor mat. A stuck open accelerator pedal may result in very high vehicle speeds and make it difficult to stop the vehicle, which could cause a crash, serious injury or death.

> Toyota considers this a crucial matter and will soon launch a safety campaign on specific Toyota and Lexus vehicles. Throughout the process of developing the details of the action plan, it will advise the National Highway Traffic Safety Administration (NHTSA).

> Until Toyota develops remedy, it is asking owners of specific Toyota and Lexus models to take out any removable floor mat. The following models are affected:

- 2007 - 2010 Camry
- 2005 - 2010 Avalon
- 2004 - 2009 Prius
- 2005 - 2010 Tacoma
- 2007 - 2010 Tundra
- 2007 - 2010 ES 350
- 2006 - 2010 IS 250 and IS 350

70.     The above statements attributed to Toyota representative Jim Farley were materially false and misleading when made because they failed to disclose that the accelerator pedal in pedal in numerous Toyota vehicle models are defective, and that thus more serious defect, rather than so-called "mat interference", is a cause of driver complaints and accidents.

71.     Also on September 30, 2009, *Bloomberg* reported regarding the recall:

Sept. 30 (Bloomberg) - - Toyota Motor Corp. plans its biggest U.S. recall because of a defect that may cause floor mats to jam down the accelerator pedal on vehicles including the top-selling Camry and certain Lexus models.

The floor coverings shouldn't be replaced with other mats, according to a Transportation Department statement yesterday.

The issue is "critical" and affects about 3.8 million Toyota and Lexus vehicles, according to Toyota City, Japan-based Toyota.

The automaker told U.S. dealers two weeks ago to inspect floor mats are installed after a California Highway Patrol officer and three family members died in a crash in a Lexus that may had a jammed accelerator. The recall may add to Toyota's struggles after a 29 percent plunge in U.S. sales this year, its worst such slump in the market. "Toyota Considers this a very critical matter and will soon launch a safety campaign on specific Toyota and Lexus vehicles", Irv Miller, group vice president for Toyota's U.S. sales unit, said yesterday on a conference all with reporters.

Toyota plans a formal recall, the Transportation Department's National Highway Traffic Safety Administration said.

"For everyone's sake, we strongly urge owners of these vehicles to remove mats or other obstacles that could lead to unintended acceleration" Transportation Secretary Ray LaHood said in a statement.

72.     The above statements attributed to defendant Miller were materially false and misleading when made because they failed to disclose that the accelerator pedal in pedal in numerous Toyota vehicle models are defective, and that thus more serious defect, rather than so- called "mat interference", is a cause of driver complaints and accidents.

73.     On October 2, 2009, Toyota issued a press release entitled "Toyota Begins Interim Notification to Owners Regarding Future Voluntary Safety Recall Related to Floor Mats", which stated in part:

Toyota Motor Sales (TMS) U.S.A., Inc., today announced that it has begun mailing letters to owners of certain Toyota and Lexus models regarding the potential for an unsecured or incompatible driver's floor mat to interfere with the accelerator pedal and cause it to get stuck in the wide-open position.

The letter, in compliance with he national Traffic and Motor Vehicle Safety Act and reviewed by the National Highway Traffic Safety Administration (NHTSA) also confirms that no defect exists in vehicles in which the driver's floor mat is compatible with the vehicle and properly secured.

The Toyota finding is consistent with a recent decision by NHTSA denying a request for an additional investigation of unwanted and unintended acceleration of model year 2007 Lexus ES 350 vehicles and model years 2002-2009 Lexus ES 300.   After

1    conducting an extensive technical review of the issue, including interviews with
     consumers who had complained of unwanted acceleration, NHTSA concluded that ".
2    . . the only defect trend related to vehicle speed control in the subject vehicles involved the potential
     for accelerator pedals to become trapped near the floor by out-of-position or inappropriate floor mat
3    installations".

4    This is the sixth time in the past six years that NHTSA has undertaken such an
     exhaustive review of allegations of unintended acceleration on Toyota and Lexus
5    vehicles and the sixth time the agency has found no vehicle based cause for the
     unwanted acceleration allegations.
6
     "The question of unintended acceleration involving Toyota and Lexus vehicles has
7    been repeatedly and thoroughly investigated by NHTSA, without any finding of defect
     other than the risk from an unsecured or incompatible driver's floor mat", said Bob
8    Daly, TMS senior vice president.

9    "Toyota takes public safety seriously. We believe our vehicles are among the safest
     on the road. Our engineers are working hard to develop an effective remedy that can
10   help prevent floor may interference with the pedal. As soon as it is ready, we will
     notify owners of the relevant models to bring their vehicle to a dealer for the necessary
11   modification at no charge", Mr. Daly added.

12   In the recently completed investigation, NHTSA conducted extensive testing on a
     Lexus ES 350. The agency reported that:
13
     "The vehicle was fully instrumented to monitor and acquire data relating to yaw rate,
14   speed, acceleration, deceleration, brake pedal effort, brake line hydraulic pressure,
     brake pad temperature, engine vacuum, brake booster vacuum, throttle plate position,
15   and accelerator pedal position. Multiple electrical signals were introduced into the
     electrical system to test the robustness of the electronics against single point failures
16   due to electrical interference. The system proved to have multiple redundancies and
     showed no vulnerabilities to electrical signal activities. Magnetic fields were
17   introduced in proximity to the throttle body and accelerator pedal potentiometers and
     did result in an increase in engine revolutions per minute (RPM) of up to
18   approximately 1,000 RPM, similar to a cold-idle engine RPM level. Mechanical
     interferences at the throttle body caused the engine to shut down."
19
     The Toyota letter is an interim notice to owners of a future voluntary safety recall
20   campaign. The following models are affected:

21              •    2007 - 2010 Camry

22              •    2005 - 2010 Avalon

23              •    2004 - 2009 Prius

24              •    2005 - 2010 Tacoma

25              •    2007 - 2010 Tundra

26              •    2007 - 2010 ES 350

27              •    2006 - 2010 IS 250 and IS 350

28

CLASS ACTION COMPLAINT                                                                    PAGE 26

74. These statements were materially false and misleading when made because they failed to disclose that the accelerator pedal in pedal in numerous Toyota vehicle models are defective, and that thus more serious defect, rather than so- called "mat interference", is a cause of driver complaints and accidents.

75. On November 2, 2009, defendants held a conference call with media representatives at Thompson Reuter Autos Summit, in which defendant Carter represented:

[MEDIA:] And then Bob might be remiss, too, but I am going to ask about he floormat recall, I understand the customer letters went out Friday. What is the latest there? Where are you in developing that?
[CARTER:] We are working very closely with NHTSA on this situation. There is a concern which we immediately once we became aware of this concern, that there is a potential of incompatible floormat, for a floormat that is not appropriately attached in the vehicle in contact and fouling the accelerator pedal.

With that, we immediately released a consumer alert, and we are working with NHTSA in developing appropriate actions as we go forward. Our consumer report was to advise the consumer that it is extremely important that they have a compatible floormat in the vehicle, that is designed for the vehicle, and it be properly attached. We are also working with the Association of Carwashes to make sure that car washes that take floormats in and out, they don't create a situation on behalf of the consumer.

Beyond that, we are working with them, with NHTSA, to develop what the future engineering - what can possibly be engineered for the future. There has been some speculation in the media that says that the -

[MEDIA:] It's not just he floormat. Yes.

[CARTER:] It is not just the floormat. There has been speculation and theories that there are some concerns with our fuel delivery systems, our braking systems, our throttle systems. I will tell you there is absolutely no evidence ti support any of that.

In fact, last week NHTSA just closed another investigation of a vehicle that was looked at, and again they concluded that the source was an incompatible floormat or a floormat that was not properly attached.

So our position is this. Until we thoroughly review this and work with NHTSA, is to tell customers that this potential exists; if there is any concern, remove the floormat.

At the same time, if it is a properly designed floormat for the vehicle and it is attached in the hooks that come from the factory, there is no concern, there is no evidence of any accelerator pedal interference.

If consumers would like to keep the floormat installed, we are suggesting four things. One, make sure it is a compatible mat. Two, make sure that it is hooked properly to the floor. Three, that floormats are designed to fit in the car. Don't reverse the floormat and expose the rubber side. And the fourth is, in many inclement areas such as Detriot, some consumers will keep their carpet and floormats in their car and place a rubber mat on top and stack the mats. We highly recommend against that.

CLASS ACTION COMPLAINT

PAGE 27

1  Beyond that, anything else, future actions once we have a clear solution and idea, we will notify our consumers again and take care of it.

2

3  [MEDIA:] Bit at the moment, though, as this moves to recall, I guess what you said will happen. The focus is just the floormat, floormat design, nothing beyond that?

4  [CARTER:] Absolutely. Absolutely. There is no evidence that goes beyond that.

5

6  76.    These statements attributed to defendant Carter were materially false and misleading

when made because they failed to disclose that the accelerator pedal in pedal in numerous Toyota
7
vehicle models are defective, and that thus more serious defect, rather than so- called "mat
8
interference", is a cause of driver complaints and accidents.
9

10  77.    On November 4, 2009, Associated Press issued an article entitled " Govt criticizes

Toyota press release on floor mats", which stated:
11

12  Toyota Motor Corp. released misleading information about an investigation into problems with stuck gas pedals that led to a massive Toyota recall, the government said Wednesday, stressing ths issue is till under review by federal safety regulators.

13
The National Highway Traffic Safety Administration said it was still investigating the
14  case and meeting with Toyota to hear about the company's plan to redesign the vehicles and fix "this very dangerous problem".

15
Toyota recalled 3.8 million vehicles last month over problems with ga pedals that got
16  stuck on floor mats and told owners to remove driver's side floor mats and not replace them until the automaker had determined a fix to the problem.

17
Toyota said in a statement on Monday that NHTSA had confirmed "that no defect
18  exists in vehicles in which the driver's floor mat is compatible with the vehicle and properly secured."

19
But NHTSA said that was inaccurate and the government was investigating possible
20  causes of the acceleration problem. Removing the floor mats was "simply an interim measure" and "does not correct the underlying defect in the vehicles involving the

21  potential for entrapment of the accelerator by floor mats, which is related to accelerator and floor pan design."

22
"The matter is not closed until Toyota has effectively addressed the defect by
23  providing a suitable vehicle based solution", NHTSA said in a statement, which the department said was issued to correct "inaccurate and misleading information" from

24  the automaker.

25  Toyota spokesman John Hansen said, "it was never our intention to mislead or provide inaccurate information. Toyota agrees with NHTSA's position that the removal of

26  floor mats is an interim measure and that further actions is required. We continue to discuss an appropriate vehicle remedy or remedies."

27

28

---

CLASS ACTION COMPLAINT                                                    PAGE 28

The recall includes 2007-2010 model year Toyota Camry, 2005-2010 Toyota Avalon, 2004-2009 Toyota Prius, 2005-2010 Tacoma, 2007-2010 Toyota Tundra, 2007-2010 Lexus ES 350 and 2006-2010 Lexus IS 250/IS350.

The recall, Toyota's largest in the U.S., was prompted by a high-speed crash in August involving a 2009 Lexus ES350 near San Diego, Calif. Mark Saylor, 45-year -old California Highway Patrol officer, and three members of his family were killed when their vehicle hot speeds exceeding 120 mph, struck a sport utility vehicle, launched off an embankment, rolled several times and burst into flames.
Family members made a frantic 911 call from the Lexus and told a dispatcher the accelerator was stuck and they couldn't stop the vehicle.

The high-profile incident led Toyota President Akio Toyoda to call the fatal crash "extremely regrettable" and offer his "deepest condolences".

78.    In reaction to the news, Toyota ADSs declined to close at $78.16 on November 6, 2009, down 3% from a day earlier.   Toyota common stock declined 1.7% to close at ¥3520 on November 6, 2009.

79.    On November 6, 2009, Toyota further attempted to reassure the markets by issuing a press release, attributed to defendant Miller, responding to media reports about growing suspicion that the unintended acceleration was caused by a glitch in the "electronic engine management system" rather than simple interference with floor mats:

Unintended Acceleration: Toyota Addresses the Issues:

Recently, there has been some controversy regarding a safety recall that Toyota is undertaking.   We want to take this opportunity to set the record straight with a chronology of the events of the past week.

On Friday, October 30, we began sending letters to Toyota owners and Lexus owners about a defect related to motor vehicle safety that exists on certain models.  The defect is the potential for an unsecured or incompatible driver's floor mat to interfere with the accelerator pedal and cause it to get stuck in the wide open position.  As an interim precaution, we asked owners to take out any removable driver's floor mat and not replace it with any floor mat until a vehicle-based remedy can developed and implemented on their vehicle.  When such a remedy is determined, owners will be notified.

In addition, the letter contains instructions for owners ion what to do should they experience accelerator pedal interference.

On Monday, November 2, Toyota distributed a press release announcing the customer letter campaign and cited a recent decision by NHTSA related to unintended acceleration on a Lexus vehicle.

On Tuesday and Wednesday, a series of media reports circulated, stating that there was growing suspicion by some Toyota and Lexus owners, that a glitch of some kind in the electronic engine management system was the cause if reports of unintended

1     acceleration. There was also reports in the media that Toyota's press release implied
2     that the company believed the only issue was the removal of floor mats and that its
     future recall would not involve any other remedies.

3     First, the question of unintended acceleration involving Toyota and Lexus vehicles has
     been one of the most thoroughly and repeatedly investigated issues by Toyota, as well
4     as by the engineering experts at the National Highway Traffic Safety Administration
     (NHTSA). Six times in the past six years NHTSA has undertaken an exhaustive
5     review of allegations of unintended acceleration on Toyota and Lexus vehicles and six
     times the agency closed the investigation without finding any electronic engine control
6     system malfunction to be the cause of unintended acceleration.

7     Just last week NHTSA denied a request for an additional investigation of unwanted
     and unintended acceleration of model year 2007 Lexus ES 350 vehicles and model
8     years 2002-2003 Lexus ES 300. After conducting an extensive technical review of
     the issue, including interviews with consumers who has complained of unwanted
9     acceleration, NHTSA concluded that ". . . the only defect trend related to vehicle
     speed control in the subject vehicles involved the potential for accelerator pedals to
10     become trapped near the floor by out-of-position or in appropriate floor mat
     installations."

11

12     Finally, on Wednesday of this week, NHTSA issued a statement that read in part that
     "A press release put out by Toyota earlier this week about their recall of 3.8 million
     Toyota and Lexus vehicles inaccurately stated NHTSA had reached a conclusion that
13     no defect exists in vehicles in which the driver's floor mat is compatible with the
     vehicle and properly secured. NHTSA has told Toyota and consumers that removing
14     the recalled floor mats is the most immediate way to address the safety risk and avoid
     the possibility of the accelerator becoming stuck. But it is simply an interim
15     measure."

16     It was never Toyota's intention to mislead or provide inaccurate information and we
     regret any confusion our press release may have caused with the media and with the
17     public. Toyota agrees with NHTSA's position that he removal of the floor mats is an
     interim measure and that further vehicle-based action is required. We are in the
18     process of developing appropriate vehicle-based remedies that will help prevent
     accelerator pedal entrapment. In the meantime, we will continue to keep you updated
19     on the floor mat situation as more information becomes available.

20     Irv Miller
     Group Vice President, Environmental and Public Affairs
21     Toyota Motor Sales, U.S.A., Inc.

22     80.     These statements were materially false and misleading when made because they

23 failed to disclose that the accelerator pedal in pedal in numerous Toyota vehicle models are defective,

24 and that thus more serious defect, rather than so- called "mat interference", is a cause of driver

25 complaints and accidents.

26     81.     On November 25. 2009, Toyota issued a press release entitled "Toyota Announces

27 Details of Remedy to Address Potential Accelerator Pedal Entrapment" which stated in part:

28

CLASS ACTION COMPLAINT                                         

1  Toyota Motor Sales, U.S.A, Inc. (TMS) announced details of the vehicle-based
2  remedy to address the root cause of the potential risk for floor mat entrapment of
   accelerator pedals in certain Toyota and Lexus this issue and has, as an interim
3  measure, commenced the mailing of safety notices to certain Toyota and Lexus
   models. Toyota issued a consumer safety advisory on September 29 on this issue and
4  has, as an interim measure, commenced the mailing of safety notices to certain Toyota
   and Lexus owners on October 30.

5  The models involved are: 2007 to 2010 MY (model tear) Camry , 2005 to 2007 MY
   Avalon, 2004 to 2009 MY Prius, 2005 to 2010 MY Tacoma, 2007 to 2010 MY
6  Tundra, 2007 to 2010 MY ES350, 2006 to 2010 MY IS 250, and 2006 to 2010 MY
   IS 350.
7
   The specific measures of the vehicle-based remedy are as follows:
8
9        1.   The shape of the accelerator pedal will be reconfigured to address the
              risk of floor may entrapment, even when an older-design all-weather
10            floor mat or other inappropriate floor mat is improperly attached, or is
              placed on top of another floor mat.  For the ES 350, Camry, and
11            Avalon models involved, the shape of the floor surface underneath will
              also be reconfigured to increase the pace between the accelerator pedal
              and the floor.
12
13       2.   Vehicles with any genuine Toyota or Lexus accessory all-
              weather floor mat will be provided with newly-designed
14            replacement driver- and front passenger-side all-weather floor
              mats.

15 In addition, as a separate measure independent of the vehicle-based remedy, Toyota
   will install a brake override system onto the involved Camry, Avalon, and Lexus Es
16 350, IS 350 and IS 250 models as an extra ,measure of confidence.  This system cuts
   engine power in case of simultaneous application of both the accelerator and brake
17 pedals.

18 Toyota is in the process of completing development of these actions and for the ES
   350, Camry and Avalon will start notifying owners of the involved vehicles via first-
19 class mail by the end of his year.  The remedy process regarding the other five models
   will occur on a rolling schedule during May 2010.
20
   Dealers will be trained and equipped to make the necessary modifications to these
21 models starting at the beginning of 2010.  Initially, dealers will be instructed on how
   to reshape the accelerator pedal for repair.  As replacement parts with the same shape
22 as the modified pedal become available, they will be made available to dealers for the
   repair, beginning around April 2010.  Customers who have had the remedy completed
23 will have the opportunity to receive a new pedal if they desire.

24 In the meantime, owners of the involved vehicles are asked to take out any removable
   driver's floor mat and not replace it with any other floor mat until they are notified of
25 the vehicle-based remedy, as notified in the consumer safety advisory and the interim
   notice.
26
   The brake override system will be made standard equipment throughout the Toyota
27 and Lexus product lines starting with January 2010 production of ES 350 and Camry
28

1  and is scheduled to be incorporated into new production of most models by the end of 2010.

2

3  The safety of our owners and the public is our utmost concern and Toyota has and will continue to thoroughly investigate and take appropriate measure to address any defect trends that are identified.

4

5  82. These statements were materially false and misleading when made because they

6  failed to disclose that the accelerator pedal in pedal in numerous Toyota vehicle models are defective,

7  and that thus more serious defect, rather than so- called "mat interference", is a cause of driver

8  complaints and accidents.

9  83. Subsequently, on November 25, 2009, defendants held a conference call with media

10  representatives. As reported in The International Herald Tribune on November 26, 2009:

11  "We are very ,very confident that we have addressed this issue", a Toyota spokesman Irv Miller, said during a conference call Wednesday. "We can come up with no

12  indication whatsoever that there is a throttle or electronic control system malfunction."

13  84. These statements were materially false and misleading when made because they

14  failed to disclose that the accelerator pedal in pedal in numerous Toyota vehicle models are defective,

15  and that thus more serious defect, rather than so- called "mat interference", is a cause of driver

16  complaints and accidents.

17  85. On November 29, 2009 The New York Times reported:

18  At a news conference, Toyota said it would instruct dealers to shorten the vehicle's existing pedal by about three-quarters of an inch. The company said it would also start

19  equipping its vehicles with smart pedals, a system that the Center for Auto Safety said should be required for all cars.

20

21  Smart gas pedal sense when a vehicle's gas and brake pedal are being pressed simultaneously, and a computer tells the engine to disregard the gas pedal. The

22  technology has been used for years by European automakers like BMW, Audi and Volkswagen.

23  Toyota is confident the steps will solve the unintended-acceleration problem, said Irv Miller, a company spokesman. ":We have come to the conclusion this is pedal

24  misapplication or pedal entrapment", he said. "We continue to find no reason to believe that there is a problem with the electronic control systems."

25

26  86. These statements attributed to defendant Miller were materially false and misleading

27

28

1   when made because they failed to disclose that the accelerator pedal in pedal in numerous Toyota

2   vehicle models are defective, and that thus more serious defect, rather than so- called "mat

3   interference", is a cause of driver complaints and accidents.

4         87.     On December 5, 2009, defendant Miller submitted the following letter to the Los

5   Angeles Times in response to its December 5, 2009 editorial, which the Los Angeles Ties published

6   on December 9, 2009:

7         December 5, 2009

8         To: Letters to the Editor. Los Angles Times

9         Toyota's highest priority is the safety of our customers and public, and we believe we
10        are demonstrating this in the voluntary recall of selected models we are currently
          undertaking. We appreciate the LA Times' acknowledgment that Toyota "did the
          right thing" in instituting a recall in response to incidents of unwanted acceleration,
11       and in committing to add "smart pedal" software technology as and added fail-safe
          measure. We also respect the Times' in-depth reporting of this issue, though we
12       disagree with some of the theories it has embraced.

13       The issue of unintended acceleration involving Toyota and Lexus vehicles has been
          thoroughly and methodically investigated on several occasions over the past few years.
14       These investigations have used a variety of proven an recognized scientific methods.
          Importantly, none of these studies has ever found that an electronic engine control
15       system malfunction is the issue of unintended acceleration.

16       In fact, electronic throttle control, which has been adopted in some form by nearly all
          automakers, has several fail-safe features and enhances vehicle safety by making
17       possible functions such as traction control, stability control, adaptive laser cruise
          control and snow mode power control on current or future vehicles.
18

19       Based on the comprehensive investigation and testing, we are highly confident that we
          have addressed the root cause of unwanted acceleration - the entrapment of the
          accelerator pedal. As the Times acknowledged, Toyota moved quickly, in cooperation
20       with the National Highway Traffic Safety Administration, to issue an initial safety
          advisory and then to develop a comprehensive package of measures that both reduce
21       the risk of pedal entrapment sand better enable drivers to deal with this situation when
          it occurs.
22

23       The safety measures we are undertaking include the incorporation of a brake override
          system that cuts engine power if the accelerator and brake are depressed at the same
          time. This will become standard on all Toyota and Lexus vehicles globally by the end
24       of 2010. Dealers will be ready to implement this remedy starting in January. We will
          begin mailing letter to customers at the end of this month, advising them how to
25       proceed.

26       Again, the safety of our owners and the public is our utmost concern, Toyota will
          continue to throughly investigate and take appropriate measures to address any vehicle
27       defect trend that are identified . We also will continue to introduce advanced safety

28

CLASS ACTION COMPLAINT                                           PAGE 33

1    technology into Toyota and Lexus vehicles with the goal of ensuring that they meet
     the highest industry standards.

2
      88.    These statements were materially false and  misleading when made because they

3
     failed to disclose that the accelerator pedal in pedal in numerous Toyota vehicle models are defective,

4
     and that thus more serious defect, rather than so- called "mat interference", is a cause of driver

5
     complaints and accidents.

6
      89.    On December 23, 2009, in response to a story in the Los Angeles Times, defendant

7
     Miller issued a release in Toyota USA's Point of View newsroom entitled "Setting the Record

8
     Straight", which stated:

9
         Today, the Los Angeles Times published an article that wrongly and unfairly attacks
10       Toyota's integrity and reputation.

11       While outraged by the Times' attack, we were not totally surprised.  The tone of the
         article was foreshadowed by the phrasing of a lengthy list of detailed questions that
12       the Times emailed to us recently.  The questions were couched in accusatory terms.

13       Despite the tone, we answered each of the many questions and sent them to them to
         the Times.  Needless to say, we were disappointed by the article that appeared today
14       and in particular by the fact that so little of our response to the questions appeared in
         the article and much of what was used was distorted.

15
         Toyota has a well-earned reputation for integrity and we will vigorously defend it.

16
      90.    These statements were materially false and  misleading when made because they

17
     failed to disclose that the accelerator pedal in pedal in numerous Toyota vehicle models are defective,

18
     and that thus more serious defect, rather than so- called "mat interference", is a cause of driver

19
     complaints and accidents.

20
                              **THE TRUTH IS FINALLY REVEALED**

21
      91.    Om January 21, 2010, Toyota issued a press release stating that it would recall 2.3

22
     million vehicles to address a condition that "can occur when the pedal mechanism become worn and,

23
     in certain conditions, the accelerator pedal may become harder to depress, slower to return or, in worst

24
     case, stuck in a partially depressed position. According to the press release, the defect was discovered

25
     when Toyota was investigating reports of sticking accelerator pedals "without the presence of floor

26
     mats".  This recall involved the following Toyota models:

27
                              •    2007 - 2010 Camry

28

---
CLASS ACTION COMPLAINT                                                                PAGE 34

1            ●    2005 - 2010 Avalon

2            ●    2004 - 2009 Prius

3            ●    2005 - 2010 Tacoma

4            ●    2007 - 2010 Tundra

5            ●    2007 - 2010 ES 350

6            ●    2006 - 2010 IS 250 and IS 350

7     92.    In reaction to this news, Toyota ADSs declined $2.25 to close at $88.17 on January

8 22, 2010, for a one day loss of 2.5%. Toyota common stock declined ¥135 to close at ¥4055 on

9 January 22, 2010, for a one day loss of 3.2%

10     93.    On January 26, 2010, Toyota issued a press release announcing it would suspend

11 sales of vehicles affected by the January 10, 2010 recall until a remedy was available.

12     94.    The market reacted harshly to the news: Toyota ADSs closed at $79.77 on January 27,

13 2010, from a closing price of $86.78 on January 26, 2010, for an 8% drop on heavy trading volume.

14 Toyota common stock closed at ¥3870 on January 26, 2010 for a 4% drop.

15     95.    Toyota ADSs continued to tumble, closing at $77.67 on January 28, 2010. For a two

16 day decline of 10.5%. Toyota common stock closed at ¥3560 on January 28, 2010, for a two day

17 decline of 8%.

18     96.    Om January 29, 2010, Toyota announced that the motor vehicle recall would be

19 extended to include eight Toyota models offered in Europe.

20     97.    On this news, the price of Toyota's ADSs fell $0.67 per share, closing at $77.00 per

21 share on January 29, 2010 on high trading volume. Toyota common stock fell ¥70 to close at ¥3490

22 on January 29, 2010.

23     98.    On February 1, 2010, defendant Lentz made an appearance on NBC's Today Show.

24 During an interview by host Matt Lauer, Lentz finally acknowledged that Toyota's vehicles had

25 exhibited structural defects beyond merely faulty floor mats, contradicting Toyota's earlier denials.

26 Lentz further admitted that Toyota had known about sticky accelerator pedal problems since at least

27 October 2009:

28

---

CLASS ACTION COMPLAINT                                        

1
2
3

[MATT LAUER]: Before we go forward, let me go back. When did your company know, when did you personally know, and other officials at your company know, that you had a serious problem with unwanted acceleration or slow response from acceleration?

4
5

[LENTZ]: In, in the case of the slow response, this most recent one, the first technical report that we had, that we could duplicate the issue was in late October of last year.

6

[LENTZ]: . . . [T]he sticking accelerator pedal, we had knowledge of that in October of last year.

7
8
9
10
11

99.    On February 2, 2010, after the market closed, Toyota reported that its U.S. sales for January 2010 had dropp0ed by 16% from the prior year due to the recall and subsequent sales suspension of its most popular models. In contrast, industry-wide sales for the month increased from January 2009, including increased sales at both Ford Motor Company and General Motors.

12
13
14

100.    As a result of this news, Toyota's ADSs fell $4.69 per share, closing at $73.49 per share on February 3, 2010, for a decline of 65. Toyota common stock fell ¥205 to close at ¥3400 on February 3, 2010, for a decline of 5.7%.

15
16

101.    On February 10, 2010, the *Wall Street Journal* reported in an article titled "Secretive Culture Led Toyota Astray," that:

17
18
19

Toyota had known about the gas-pedal problem for more than a year. Its silence with U.S. regulators, and other newly uncovered details form the crisis enveloping Toyota, reveal a growing rift between the Japanese auto maker and NHTSA, one of its top regulators. Regulators came to doubt Toyota's commitment to addressing safety defects, according to interviews with federal officials and industry executives, and accounts of Toyota and NHTSA interactions the past year.

20
21
22
23
24
25
26
27

102.    As a result of defendants' materially false statements, Toyota's publicly traded securities traded at inflated levels during the Class Period. After the above revelations, when it became apparent that many of Toyota's vehicles contained a design defect that could cause unintended acceleration, the Company's securities declined. This drop removed inflation from Toyota's securities prices, causing real economic loss to investors who had purchased Toyota securities prices, causing real economic loss to investors who had purchased Toyota securities during the Class Period. As of the date of this Complaint, Congressional and ongoing investigations continue.

28

CLASS ACTION COMPLAINT                                                                                                    PAGE 36

1

## SCIENTER ALLEGATIONS

2       103.    As alleged herein, defendants acted with scienter in that they knew or recklessly

3   disregarded that the public documents and statements issued or disseminated in the name of the

4   Company were materially false and misleading; knew or recklessly disregarded that such statements

5   or documents would be issued or disseminated to the investing public; and knowingly and

6   substantially participated or acquiesced in the issuance of dissemination of such statements or

7   documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail,

8   defendants, by virtue of their receipt of information reflecting the true facts regarding Toyota, their

9   control over, and/or receipt and/or modification of Toyota's materially false and misleading

10  misstatements and/or their associations with the Company which made them pri9vy to confidential

11  proprietary information concerning Toyota, participated in the fraudulent scheme alleged herein.

12      104.    Specifically, inter alea, the following facts demonstrate Toyota's knowledge or

13  reckless disregard of quality issues concerning its automobile during the Class Period:

14              a)    Toyota received nearly 2,000 complaints concerning unintended acceleration
                in its vehicles, resulting in at least 19 deaths. Toyota executives admitted that the
15              Company knew at least as early as October 2009 that the accelerated pedal installed
                on several Toyota models was defective.

16
                b)    In March 2007, Toyota identified problems with the accelerator pedals on the
17              Tundra pickup. According to the Company, it determined the problem was caused by
                the material in the accelerator's friction lever and made a change. Toyota claimed it
18              was a driveability issue and not a safety issue.

19              c)    In August 2007, the NHTSA heightened an earlier investigation into safety
                problems to a much broader investigation.

20
                d)    In December 2008, a similar issue arose in Europe in the right-hand versions
21              of Toyota's Aygo and Yaris models. After an investigation, the Company found that
                condensation and heaters caused increased friction in the accelerator pedal, making
22              it stick. In mid-August 2009, Toyota made a design change in its European cars
                which lengthened the arm of the friction lever and changed its materials on all
23              vehicles being produced in Europe. Despite the fact that the same material used in the
                manufacturing of the gas pedals in Europe was the same as the material used in the
24              U.S., Toyota did not make the change to its U.S. vehicles.

25      105.    During the Class Period, the Individual defendants had both the motive and

26  opportunity to commit fraud. Defendants also had actual knowledge of the falsity of the statements

27  they made or acted in reckless disregard of the truth or falsity of those statements. As alleged herein

28

1   the Individual Defendants received an unusually high amount of safety reports concerning safety and
2   quality issues with Toyota's automobiles.  In so doing the Individual Defendants participated in a
3   scheme to defraud and committed acts, practices and participated in a course of business that operated
4   as a fraud or deceit on purchasers of Toyota securities during the Class Period.

5                                            **COUNT I**

6                                 **PURSUANT TO SECTION 10(b)**
                                 **OF THE EXCHANGE ACT AND**
7                        **RULE 10b-5 PROMULGATED THEREUNDER**
                                    **(Against All Defendants)**
8
9   106.   Plaintiff incorporates by reference the allegations of paragraphs 1 through 105 as it
    fully set forth herein.
10
11  107.   Statements made by Toyota during the Class Period were materially false and
    misleading, and defendants knew or were reckless in not knowing they were so, because defendants
12
    prepared and participated in the issuance of the deceptive and materially false and misleading
13
    statements to the investing public, as set forth above.
14
15  108.   Defendants employed devices, schemes, and artifices to defraud and engaged in acts,
    practices, and a course of conduct in an effort to maintain artificially high market prices for Toyota
16
    securities in violation of section 10(b) of the Exchange Act and SEC Rule 10b-5.
17
18  109.   As a result of the dissemination of the aforesaid false and misleading reports and
    releases, the market price of securities of Toyota throughout the Class Period was higher than it would
19
    have been had the true facts concerning the Company's financial condition been known by the market.
20
21  110.   In ignorance of the artificially high market prices of Toyota's publicly traded
    securities, and relying upon the integrity of the markets in which those securities were traded, Plaintiff
22
    and the other members of the Class acquired Toyota securities during the Class Period at artificially
23
    inflated prices and were unable to recover that inflation and were damaged thereby.
24
25  111.   Had the market known of the true condition of Toyota's business, which was falsely
    represented by defendants, plaintiff and the other members of the Class would not have purchased
26
    or otherwise acquired their Toyota securities during the Class Period at artificially inflated prices.
27
28

1  Hence, plaintiff and the other members of the Class were damaged by defendants' violations of
2  Section 10(b) and Rule 10b-5.

3                                    **COUNT II**

4                        **PURSUANT TO SECTION 20(A)
                           OF THE EXCHANGE ACT**
5                      **(Against the Individual Defendants)**

6       112.    Plaintiff incorporates by reference the allegations of paragraphs 1 through 105 as if
7  fully set forth herein.

8       113.    The claim is asserted against the Individual Defendants and is based on section 20(a)
9  of the Exchange Act.  Individual Defendants acted as controlling persons of Toyota within the
10 meaning of section 20(a) of the Exchange Act.  By reason of their positions as officers and directors
11 of Toyota and ownership of Toyota securities, the Individual Defendants had the power and authority
12 to cause or to prevent the wrongful conduct of herein and did exercise such power and authority.

13      114.    By reason of the foregoing, Individual Defendants are liable jointly and severally with
14 and to the same extent as Toyota for Toyota's violations of section 10(b) of the Exchange Act and
15 Rule 10b-5.

16                               **PRAYER FOR RELIEF**

17      **WHEREFORE,** plaintiff, on behalf of himself and the Class, prays for judgment as follows:

18      I)       Declaring this action to be a proper plaintiff class action maintainable pursuant
19               to  rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure and
20               declaring plaintiff to be a proper representative of the Class.
21          ii)  Awarding plaintiff and all of the other members of the Class damages in an
22               amount to be proven at trial, together with prejudgment interest thereon;
23          iii) Awarding plaintiff the costs and expenses incurred in this action, including
24               reasonable attorneys', accountants', and experts' fees; and
25          iv)  Granting plaintiff and the other members of the Class such other and further
26               relief as the Court deems just and proper.
27
28

CLASS ACTION COMPLAINT                                                            PAGE 39

SQUIRES, *et al.* v. TOYOTA MOTOR CORPORATION, *et al.*.

1                             **DEMAND FOR A JURY TRIAL**

2       Plaintiff hereby demands a trial by jury.

3 DATED:     February 25, 2010          **FINKELSTEIN & KRINSK LLP**

4

5                                    By:
                                        Jeffrey R. Krinsk, Esq

6

7                                   Mark L. Knutson
                                  C. Michael Plavi, II
                                  501 West Broadway, Suite 1250

8                                   San Diego, California 92101-3579

9                                   Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT                                              PAGE 40

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dolly Gee and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV10- 1452 DMG (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Jeffrey R. Krinsk, Esq. (SBN 109234)
FINKELSTEIN & KRISNK
501 W. Broadway, Suite 1250
San Diego, CA 92101
(619)238-1333

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| KATHRYN A. SQUIRES, on behalf of Herself and All Others Similarly Situated **PLAINTIFF(S)** v. | **CV10- 01452-Dmo(ttwa** |
| TOYOTA MOTOR CORPORATION, TOYOYA MOTOR SALES NORTH AMERICA, INC., (See Attachment A) **DEFENDANT(S).** | **SUMMONS** |

FILED BY FAX

TO:    DEFENDANT(S): _____

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Jeffrey R. Krinsk _____, whose address is 501 W. Broadway, Suite 1250, San Diego, C 92101 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   **2 6 FEB 2010**

By: _____
                    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    SUMMONS

## ATTACHMENT A

Defendants (cont.)
TOYOTA MOTOR SALES, U.S.A., INC., AKIO TOYODA, ROBERT S. CARTER, IRVING A
MILLER, YOSHIMI INABA, JAMES E. LENTZ, III, ROBERT C. DALY, FUJIO CHO,
MITSUO KINOSHOTA, YOICHIRO ICHIMARY, TAKESHI SUZUKI, TAKAHIKO IJICHI,
and LATSUAKI WATANABE

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself □) <br> KATHRYN A. SQUIRES, on behalf of Herself <br> and All Others Similarly Situated, | DEFENDANTS <br> TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES NORTH <br> AMERICA, INC., (See Attachment A) |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> Jeffrey R. Krinsk <br> KINKELSETIN & KRINSK <br> 501 W. Broadway, Suite 1250, San Diego, CA 92101 (6129)238-1333 | Attorneys (If Known) <br><br> FILED BY FAX |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes  ☐ No          ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Complaint for Violation of the Federal Securities Laws 15 U.S.C. sections 78j(b) 78t(a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☑ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: **CV10-01452**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:**  Have any cases been previously filed in this court that are related to the present case?  ☐ No   ☑ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Franklin, TN |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  February 25, 2010

**Notice to Counsel/Parties:**  The CV-71 (JS-44)  Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

## ATTACHMENT A

Defendants (cont.)
TOYOTA MOTOR SALES, U.S.A., INC., AKIO TOYODA, ROBERT S. CARTER, IRVING A
MILLER, YOSHIMI INABA, JAMES E. LENTZ, III, ROBERT C. DALY, FUJIO CHO,
MITSUO KINOSHOTA, YOICHIRO ICHIMARY, TAKESHI SUZUKI, TAKAHIKO IJICHI,
and LATSUAKI WATANABE